GRAHAM v. MOCK

No. 293P01

Case below: 143 N.C. App. 315

Notice of appeal by plaintiffs pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 19 July 2001. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

GREENE CIT. FOR RESP. GROWTH, INC. v. GREENE CTY. BD. OF COMM'RS

No. 333P01

Case below: 143 N.C. App. 702

Motion by defendant and intervenor for temporary stay allowed 16 July 2001.

GURKIN v. CRAWFORD

No. 344P01

Case below: 144 N.C. App. 448

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 19 July 2001.

HILL v. GARRISON

No. 549P00-2

Case below: 142 N.C. App. 706

Petition by defendant pro se (Thomas W. Hill) for discretionary review pursuant to G.S. 7A-31 denied 11 June 2001. Justice Martin recused.